> **ORDER:**
> **Motion DENIED.**
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:14-cr-00090 |
| v. ) | |
| ) | |
| [2] LONALD ECTOR ) | |
| a/k/a "J.R." ) | |

## GOVERNMENT'S MOTION TO RECONSIDER THE COURT'S ORDER TO "REOPEN" DETENTION HEARING

The United States, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Matthias D. Onderak, Assistant United States Attorney, hereby move the Court to reconsider the order "reopening" the detention hearing and responds as follows to Docket Entry 361:

On June 27, 2014, the defendant, Lonald Ector ("Defendant") was arrested in the Central District of California and brought before Magistrate Judge Carla Woehrle. That same day, the Magistrate Judge arraigned the defendant. Defendant did not reserve his right to have a detention hearing, but opted to have the hearing heard in the Central District of California. A detention hearing was held and Defendant was ordered detained pending trial. On September 18, 2014, Defendant moved to revoke or reconsider the order of detention because his family moved to the Middle District of Tennessee and his trial was continued (Docket Entry 345). On September 19, 2014, the District Court referred Defendant's motion to the Magistrate Court with instructions "to determine if the detention hearing should be reopened pursuant to 18:3142(f)(2) and if so, to hold a hearing" (Docket Entry 348). The government responded in opposition to reopening the detention hearing because Defendant did not allege new and material information